**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACQUELINE HAYES, individually and as parent and natural guardian of K.H., *a Minor* 9206 Tabard Place Frederick, Maryland 21704 : : : : : : Plaintiffs, : : v. : : : ZAI SHANU SHARE : 5 N. Pine Street : Middletown, Pennsylvania 17057 : : Defendant. : | CIVIL ACTION NO. **COMPLAINT AND JURY DEMAND** |

## CIVIL ACTION – COMPLAINT

## THE PARTIES

1. Plaintiff, Jacqueline Hayes, (hereinafter referred to as "Plaintiff" and/or collectively as "Plaintiffs") is an adult individual and is a citizen and resident of the State of Maryland, residing at 9206 Tabard Place, Frederick, MD 21704.

2. Plaintiff K.H. (hereinafter referred to as "minor Plaintiff" and/or collectively as "Plaintiffs") is a minor child and is the daughter of her parent and guardian, Jacqueline Hayes. Plaintiff K.H is a citizen and resident of the State of Maryland, residing at 9206 Tabard Place, Frederick, MD 21704.

3. Defendant, Zai Shanu Share (hereinafter referred to as "Defendant" and/or "Share"), is an adult individual, and upon information and belief, is a citizen and resident of the Commonwealth of Pennsylvania, residing at 5 N. Pine Street, Middletown, Pennsylvania 17057.

## JURISDICTION

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332(a)(1) as the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different States.

## VENUE

5. Venue is appropriate in the Middle District of Pennsylvania pursuant to 28 U.S.C. 1391(b)(1) as the Defendant resides in this District.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6. Plaintiffs incorporate by reference herein the allegations set forth in Paragraphs 1 through 5, inclusive, of this Civil Action as though the same were set forth herein more fully at length.

7. At all times material to this Civil Action, Defendant, Share, owned, operated, controlled, possessed, maintained and/or leased a 2010 Dodge Charger motor vehicle, bearing Pennsylvania license plate no. MGT4255.

8. On or about March 9, 2024, at approximately 10:02 p.m., Plaintiff Jacqueline Hayes, was the lawful operator of a motor vehicle, to wit, a 2021 Hyundai Tucson, bearing Florida license plate no. KCQV34. Her daughter, Plaintiff K.H., was in the front passenger seat.

9. On the aforestated date and time, Plaintiffs were traveling westbound on PA283 at or near mile marker 8.4, Londonderry Township, Dauphin County, Pennsylvania, when suddenly and without warning, Defendant Share, operating the aforementioned vehicle westbound on PA283 at the same date, time and place, violently collided into the rear of Plaintiffs' vehicle, causing Plaintiffs to sustain severe and grievous injuries hereinafter more fully set forth.

10. The aforesaid crash was caused solely by the negligence, recklessness and/or carelessness of Defendant Share and was in no manner, whatsoever, due to any act or failure to act on the part of the Plaintiffs.

11. The negligence, recklessness and/or carelessness of Defendant, Share, consisted of the following:

a) Operating a motor vehicle at a high and excessive rate of speed under the circumstances;

b) Failing to have a motor vehicle under proper and adequate control;

c) Failure to use the highest degree of skill in the operation of a motor vehicle;

d) Failing to keep a proper lookout for other vehicles lawfully upon the highway;

e) Failing to exercise due care and caution under the circumstances;

f) Failing to slow, stop or otherwise swerve their vehicle when they knew, or in the exercise of reasonable care, should have known that unless they did so, their vehicle would collide with other vehicles;

g) Failing to keep a proper distance from other vehicles;

h) Violating the assured clear distance ahead rule;

i) Failing to warn of the immediate and impending danger of striking Plaintiff;

j) Driving while knowingly distracted; and

k) Violating the Ordinances of Londonderry Township, Dauphin County and the Statutes of the Commonwealth of Pennsylvania governing the operation of motor vehicles upon the highway, including but not limited to, 75 Pa.C.S. Section 3301, and 75 Pa.C.S. Section 3361 et seq.

## COUNT I –
## PLAINTIFF, JACQUELINE HAYES v. DEFENDANT, ZAI SHANU SHARE
### (Negligence)

12. Plaintiff Jacqueline Hayes incorporates by reference herein the allegations set forth in Paragraphs 1 through 11, inclusive, of this Civil Action as though the same were set forth herein more fully at length.

13. As a direct, sole, and proximate result of the negligence, carelessness and/or recklessness of Defendant Share, Plaintiff Jacqueline Hayes suffered and will continue to suffer from severe and permanent injuries, including but not limited to a disc bulge at L5-S1, foraminal stenosis, and lumbar radiculopathy causing severe pain in her lumbar area with radiating pain and paresthesia into her lower extremities, all or some of which injuries are or will prove to be of a permanent nature and character, whereby Plaintiff has suffered, is suffering and will for an indefinite time into the future continue to suffer, all to the Plaintiff's great detriment and loss.

14. As a further result of the negligence of Defendant, Share, Plaintiff, Jacqueline Hayes, has been and will be required to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses for the injuries suffered and, may be required to continue to expend such sums or incur such expenditures for an indefinite time in the future, all to her great detriment and loss, which currently equals or exceeds **$35,915.88** and may continue to increase and for which a claim is hereby made.

15. As a further result of the negligence of Defendant, Share, Plaintiff, Jacqueline Hayes, has suffered medically determinable physical and/or mental impairment which prevents her from performing, to full capacity, all or substantially all of the material acts and duties which constituted the Plaintiff's usual and customary activities prior to the accident.

16. As a further result of the negligence of Defendant, Share, Plaintiff, Jacqueline Hayes, has or may hereafter incur other financial expenses which do or may exceed amounts which she may otherwise be entitled to recover.

17. As a further result of the negligence of Defendant Share, Plaintiff, Jacqueline Hayes, has suffered severe physical pain, mental anguish and humiliation, and may continue to suffer same for an indefinite time in the future.

18. As a further result of the negligence of Defendant, Share, Plaintiff, Jacqueline Hayes, has suffered a loss of earnings or a loss of earning capacity and may continue to suffer same for an indefinite time in the future.

**WHEREFORE**, the Plaintiff, Jacqueline Hayes, demands judgment in her favor and against Defendant, Zai Shanu Share, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest and costs of suit.

## COUNT II – <br> PLAINTIFF, JACQUELINE HAYES AS P.N.G. OF K.H., A MINOR <br> v. DEFENDANT, ZAI SHANU SHARE <br> (Negligence)

19. Plaintiff incorporates by reference herein the allegations set forth in Paragraphs 1 through 18, inclusive, of this Civil Action as though the same were set forth herein more fully at length.

20. As a direct, sole, and proximate result of the negligence of Defendant, Share, MINOR Plaintiff suffered and will continue to suffer from severe and permanent injuries to her head, neck, back and shoulder, severe shock and trauma to her nerves and nervous system, headaches, back pain, post-concussion syndrome. Her injuries caused significant physical, cognitive, and emotional distress, including *inter alia.* worsening dizziness, constant headaches, anxiety, and panic when in

a vehicle as well as mental anguish, severe and substantial emotional distress and loss of the capacity for the enjoyment of life.

21. As a further result of the negligence, recklessness and carelessness of Defendant, Share, minor Plaintiff has been or will be required to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses for the injuries suffered and, may be required to continue to expend such sums or incur such expenditures for an indefinite time in the future, all to her great detriment and loss, which currently equals or exceeds **$ 13,134.80** and may continue to increase and for which a claim is hereby made.

22. As a further result of the negligence, recklessness and/or carelessness of Defendant, Share, minor Plaintiff has suffered medically determinable physical and/or mental impairment which prevents her from performing, to full capacity, all or substantially all of the material acts and duties which constituted the Plaintiff's usual and customary activities prior to the accident.

23. As a further result of the negligence of Defendant, Share, minor Plaintiff, has or may hereafter incur other financial expenses which do or may exceed amounts which she may otherwise be entitled to recover.

24. As a further result of the negligence of Defendant, Share, minor Plaintiff, has suffered severe physical pain, mental anguish and humiliation, and may continue to suffer same for an indefinite time in the future.

25. As a further result of the negligence of Defendant, Share, minor Plaintiff, has suffered a loss of earnings or a loss of earning capacity and may continue to suffer same for an indefinite time in the future.

**WHEREFORE**, the Plaintiff, Jacqueline Hayes, as parent and natural guardian of K.H., a minor demands judgment in her favor and against Defendant, Zai Shanu Share in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest and costs.

### JURY DEMAND

Plaintiffs herein demand a jury trial.

TABAKIN WOLFE & NERENBERG, LLP

BY:_____
RICHARD A. WOLFE, ESQUIRE
PA Attorney I.D. No. 78944
rich@twnlegal.com

1000 Germantown Pike, B-3
Plymouth Meeting, PA  19462
(215) 525-1616 – phone
(215) 525-5858 – facsimile

*Attorney for Plaintiffs,*
*Jacqueline Hayes, individually and as p.n.g. of*
*K.H., a minor*